IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALLAS J. BUTTS,<br><br>Defendant. | PO-21-5049-KLD<br><br>ORDER |

Based upon the United States' motion, and good cause appearing, IT IS HEREBY ORDERED that the fine in the above-referenced case is set at $80.00 and the special assessment and processing fees are set at $40.00 for a total of $120.00.

Dated this 6th day of December, 2021.

Honorable Kathleen L. DeSoto
United States Magistrate Judge